02D03-2412-PL-000621

Filed: 12/23/2024 2:59 PM
Clerk
Allen County, Indiana
JV

Allen Superior Court 3
02D02-2412-PL-000621

# *INDIANA COMMERCIAL COURT*
## **ALLEN COUNTY SUPERIOR COURT**

| | | |
|---|---|---|
| CONTINENTAL COMPONENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO.: |
| | ) | |
| v. | ) | |
| | ) | |
| WISCONSIN CONSTRUCTION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### **COMPLAINT FOR DAMAGES**

Plaintiff Continental Components, LLC ("Continental"), by counsel, for its Complaint for Damages ("Complaint") against Defendant Wisconsin Construction Services, LLC ("WCS"), states as follows:

### **PARTIES, JURISDICTION, AND VENUE**

1.      Continental is a limited liability company organized under the laws of the State of Indiana.

2.      Continental's principal place of business is in Fort Wayne, Indiana.

3.      WCS is a limited liability company organized under the laws of the State of Wisconsin.

4.      WCS's principal place of business is, upon information and belief, located in Wisconsin.

5.      At all times relevant to this Complaint, WCS did business with Continental in Indiana.

6.      WCS is in the business, among other things, of residential construction.

7.      This court has personal jurisdiction over WCS.

8.      This Court has subject matter jurisdiction over this case.

9.      Venue is proper in this Court.

## BACKGROUND FACTS

10.     This action is brought to collect amounts owed by WCS to Continental for WCS' purchase of building materials.

11.     In February 2023, WCS contacted Continental about purchasing certain materials for multiple construction projects being undertaken by WCS.

12.     Prior to May 6, 2023, at the request of WCS, Continental issued a proposal to WCS to sell building materials ("Proposal 1") to be used at a project known as "Geared Equity."

13.     A true and accurate copy of Proposal 1 is attached hereto as Exhibit A.

14.     WCS executed Proposal 1 on May 6, 2023.

15.     WCS issued purchase order 2023002 to Continental for the building materials identified in Proposal 1 ("P.O. 1").

16.     A true and accurate of P.O. 1 is attached hereto as Exhibit B.

17.     Continental supplied WCS with the materials WCS ordered in P.O. 1.

18.     Continental subsequently submitted Application and Certification for Payment for the materials provided under P.O. 1 ("Geared Pay App").

19.     A true and accurate copy of the Geard Pay App is attached hereto as Exhibit C.

20.     The Geared Pay App totals $325,000.

21.     On or about July 13, 2023, at the request of WCS, Continental issued a proposal to WCS to sell additional building materials ("Proposal 2") for use in a project known as "City Place 2."

22.     A true and accurate copy of Proposal 2 is attached hereto as Exhibit D.

23.     WCS executed Proposal 2 on July 25, 2023.

24.     On or about July 25, 2023, WCS issued purchase order number 2023003 to Continental for the building materials identified in Proposal 2 ("P.O. 2").

25.      A true and accurate copy of P.O. 2 is attached hereto as Exhibit E.

26.     Continental supplied WCS with some of the materials WCS ordered in P.O. 2.

27.     Continental submitted three invoices to WCS for the materials it supplied in response to P.O. 2. ("City Place Invoices").

28.     A true and accurate of the City Place Invoices are collectively attached hereto as Exhibit F.

29.     The City Place Invoices total $119,740.

30.     Prior to August 4, 2023, at the request of WCS, Continental issued a proposal to WCS to sell additional building materials ("Proposal 3") to be used at a project referred to as "Lakeshore Commons."

31.     A true and accurate copy of Proposal 3 is attached hereto as Exhibit G.

32.     WCS executed Proposal 3 on August 4, 2023.

33.     WCS issued purchase order 2023004 to Continental for the building materials identified in Proposal 3 ("P.O. 3").

34.     A true and accurate copy of P.O. 3 is attached hereto as Exhibit H.

35.     Continental supplied WCS with the materials WCS ordered in P.O. 3.

36.     Continental submitted three Applications for Certification for Payment for the materials provided in response to P.O. 3 ("Lake Shore Pay Apps").

37.     True and accurate copies of the Lake Shore Pay Apps are collectively attached hereto as Exhibit I.

38.     The Lake Shore Pay Apps total $507,000.

## COUNT I – BREACH OF CONTRACT

39.     Continental incorporates the allegations contained in paragraphs 1 through 38 as if fully restated herein.

40.     WCS entered into contracts with Continental for the purchase of building materials.

41.     Continental provided the building materials to WCS.

42.     WCS has failed to pay Continental for the building materials it ordered and received.

43.     WCS has breached its contracts with Continental.

44.     Continental has suffered damages as a proximate result of WCS's breaches in the principal amount of no less than $951,740.

45.     Wherefore, Continental, by counsel, requests that the Court enter judgment in favor of Continental and against WCS for all its damages, prejudgment interest, the cost of this action, and all other just and proper relief.

## COUNT II – UNJUST ENRICHMENT
(in the alternative)

46.     Continental incorporates the allegations contained in paragraphs 1 through 44 as if fully restated herein.

47.     WCS received a material benefit in the form of the building materials that Continental provided it.

48.    By not paying WCS for the value of the benefit it has received from retaining the building materials Continental provided, WCS has been unjustly enriched.

Wherefore, Continental, by counsel, requests that the Court enter judgment in its favor and against WCS for all its damages, prejudgment interest, the cost of this action, and all other just and proper relief.

Respectfully submitted,

**BONAHOOM & BOBILYA, LLC**

By:  */s/ Daniel D. Bobilya*
Daniel D. Bobilya, #22901-49
Conor S. Slocum, #30132-02
927 South Harrison Street, Suite 200
Fort Wayne, Indiana 46802
Ph: (260) 420-4055
dan@b-blegal.com
conor@b-blegal.com

*Attorneys for Plaintiff*