UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

CONTINENTAL COMPONENTS, LLC,

    Plaintiff,

    v.                                           Case No. 1:25-CV-46-CCB-SJF

WISCONSIN CONSTRUCTION
SERVICES, LLC,

    Defendant.

## ORDER

Pursuant to the Stipulation for Dismissal (ECF 15) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED on March 20, 2025.

                               /s/ *Cristal C. Brisco*
                              CRISTAL C. BRISCO, JUDGE
                              UNITED STATES DISTRICT COURT